"Court"                                    5-24-07

## U.S DISTRICT COURT

CRIM. NO 07-082(ESH)

UNITD States

# LEE O HUDSON

FILED

MAY 25 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion Requesting Withdrawal of Cansel

Comes now, Defendant                    , Pro-se move that this
Honorable court grant leave For withdrawal of Cansel or.
                From representation of Cansel For the defendant
Previously appointed by this honorable Court herein

1) As grounds For the above mention request, I the
   Defendant state the Following there has been very little
   Contact between myself and my attorney, so I Feel that at
   This time that he does not have my best inerest at heart
   And I believe that he has not adequately prepared to present
   A visable defense in my behalf.

   See ABA'S 4.1 "Failure to investigate my Case to its
   Fullest in order to put up proper defense in my behalf (Client)
   Moran v. Burbine 475. U.S. 412, 422, (1986)
                Burbine

   Where Fore, I Defendant) respectFully move that this honorable
   Court withdraw my present attorney, Rita Bosworth From
   The instant offense/off on JUNE 5

copies to: Judge Huvelle,                RespectFully Subritted
FPD Rita Bosworth                              Pro-See
& AUSA Angela Hart-Edwards

Otis HUDSON 266720
1901 D St SE
WAshington DC.

20001+2802 C002

U.S. District Court
For the District of Columbia
United States Courthouse
333 Constitution Ave, N.W.
Washington D.C 20001

STANDARD

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.410
02 1A
0004604336    MAY 24 2007
MAILED FROM ZIP CODE 20003

MAY 25 2007

Received
Mail Room

Nancy Maya Whittington, Clerk
U.S. District Court District of Columbia