UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-00082 (ESH) |
| ) | |
| LEE HUDSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the accompanying memorandum opinion, defendant's "Motion to Suppress Evidence" [Dkt. 8] is hereby **GRANTED**.

ELLEN SEGAL HUVELLE
United States District Judge

Date:   June 5, 2007