```
                                                                CO-290
Notice of Appeal Criminal                                    Rev. 3/88
```

## United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 07-00082 (ESH) |
| ) | |
| LEE HUDSON ) | |
| ) | |

### NOTICE OF APPEAL

Name and address of appellant     United States of America

Name and address of appellant's attorney     Roy W. McLeese, III
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Offense: 21 USC 841(a) & (b)(1)(A)(iii)

Concise statement of judgment or order, giving date, and any sentence

   Order entered on June 5, 2007, granting defendant Hudson's motion to suppress evidence, and Order entered on June 25, 2007, dismissing indictment.

Name and institution where now confined, if not on bail: N/A

   I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____     _____
DATE                        APPELLANT

CJA, NO FEE _____
PAID USDC FEE _____          _____
PAID USCA FEE _____          ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No