UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**   :
:
    v.   :   Cr. No. 07-00082 (ESH)
:
**LEE O. HUDSON**   :
:
_____:

## CERTIFICATION

On July 5, 2007, the United States of America noted an appeal from the Court's Order of June 5, 2007, granting defendant Hudson's motion to suppress evidence. Pursuant to 18 U.S.C. § 3731, the United States hereby certifies that the appeal is not taken for purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

    Respectfully submitted,

_____
**JEFFREY A. TAYLOR**
United States Attorney

_____
**ROY W. McLEESE III**
Assistant United States Attorney

_____
**ANGELA HART-EDWARDS**
Assistant United States Attorney
P.A. Bar No. 61468
(202-307-0031)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Certification has been mailed to counsel for defendant Lee O. Hudson: Ms. Rita Bosworth, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C., 20004, on this 5th day of July, 2007.

_____
**ANGELA HART-EDWARDS**
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
P.A. Bar No. 61468
(202-307-0031)