

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

**July 5, 2007**

Ms. Nancy Mayer-Whittington
Clerk of Court
Clerk's Office
United States District Court
  for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

Dear Ms. Mayer-Whittington:

Pursuant to D.C. Circuit Rule 47.2, the government hereby gives notice that it is filing a notice of appeal and docketing statement today in the case of <u>United States v. Hudson</u>, 07-Cr-00082 (ESH). As this is an appeal from the District Court's dismissal of the indictment and from the June 5, 2007, Order granting defendant Hudson's motion to suppress evidence, this appeal is pursuant to 18 U.S.C. § 3731.

**Please do not hesitate to contact me should you have further questions.**

                                                    **Respectfully submitted,**

_____
**JEFFREY A. TAYLOR**
United States Attorney

_____
**ROY W. McLEESE III**
Assistant United States Attorney

_____
**ANGELA HART-EDWARDS**
Assistant United States Attorney
P.A. Bar No. 61468
(202-307-0031)

cc:  **Ms. Rita Bosworth**
     **Assistant Federal Public Defender**
     **625 Indiana Avenue, N.W.**
     **Suite 550**
     **Washington, D.C. 20004**
     **Counsel for Mr. Hudson**