_Nuvelle, d-_

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

―――――

## No. 07-3073

## September Term, 2006

### 07cr00082-01

United States of America,
      Appellant

v.

Lee O. Hudson,
      Appellee

**FILED**

AUG 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On:



## O R D E R

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____

Mark Butler
Deputy Clerk